PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey



## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Babur Cumaoglu                                   Cr.: 03-00449-001

Name of Sentencing Judicial Officer: John C. Lifland

Date of Original Sentence: 10/28/04

Original Offense: Possession of a Machine Gun

Original Sentence: 2 years probation

Type of Supervision: Probation                    Date Supervision Commenced: 10/28/04

Assistant U.S. Attorney: Robert Walsh, AUSA       Defense Attorney: Kalman H. Geist, Esq.

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'
  | On May 18, 2006, and June 16, 2006, the offender was arrested for violating a restraining order issued and served on May 15, 2006.
2 | The offender has violated the supervision condition which states ' **You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'
  | The offender failed to report he had been issued a restraining order by the Wayne Police Department on May 15, 2006. The offender also failed to report he had been arrested on May 18, 2006, for violating the restraining order.
3 | The offender has violated the supervision condition which states ' **You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'
  | In a telephone conversation on May 22, 2006, the offender was asked whether he had any recent law enforcement contact. The offender disclosed he had been issued a restraining order, but failed to disclose that he had, in fact, been arrested for violating the restraining order.

4     The offender has violated the supervision condition which states ' **You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

The offender has remained predominantly unemployed for the last two years. During an office visit on May 31, 2006, the offender acknowledged he has made no attempt at securing employment in at least six months.

I declare under penalty of perjury that the foregoing is true and correct.

By: Denise Morales
U.S. Probation Officer
Date: 06/28/06

THE COURT ORDERS:

[X] The Issuance of a Summons.  Date of Hearing: 8/2/06  11:00 a.m.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

6/30/06
Date