PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

2006 JUL 17  P 3: 25

### Superseding Petition for Warrant or Summons for Offender Under Supervision

UNITED STATES
DISTRICT COURT

Name of Offender: Babur Cumaoglu                                    Cr.: 03-00449-001

Name of Sentencing Judicial Officer: John C. Lifland

Date of Original Sentence: 10/28/04

Original Offense: Possession of a Machine Gun

Original Sentence: 2 years probation

Type of Supervision: Probation                     Date Supervision Commenced: 10/28/04

Assistant U.S. Attorney: Kevin Walsh, AUSA                 Defense Attorney: John B. Sogliuzzo, Esq.

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On May 18, 2006, the offender was arrested in Wayne, New Jersey, for violating a restraining order issued and served on May 15, 2006. The order was obtained by the offender's estranged wife, Anne Pegel, and prohibits the offender from any contact with her and her babysitter, Barbara Leach.<br><br>The complaint indicates the offender knowingly violated the terms of the restraining order by leaving a telephone message for Ms. Leach. |
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On June 16, 2006, the offender was arrested in Wayne, New Jersey, for violating a restraining order issued and served on May 15, 2006.<br><br>The complaint indicates the offender contacted his estranged wife via telephone numerous times. |

3       The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'**

On July 1, 2006, the offender was arrested for violating a restraining order issued and served on May 15, 2006.

The complaint indicates the offender made harassing telephone calls to his estranged wife on her cellular telephone, entered her vehicle which was parked in her driveway and left a letter, and mailed a video tape and a sentimental greeting card to her place of employment.

A copy of the offender's letter and note to his estranged wife is attached for the Court's review.

4       The offender has violated the supervision condition which states **'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'**

The offender failed to report he had been issued a restraining order by the Wayne Police Department on May 15, 2006.

5       The offender has violated the supervision condition which states **'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'**

The offender failed to report the arrest of May 18, 2006.

6       The offender has violated the supervision condition which states **'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'**

The offender failed to report the arrest of July 1, 2006.

7       The offender has violated the supervision condition which states **'You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.'**

In a telephone conversation on May 22, 2006, the offender was asked whether he had any recent law enforcement contact. The offender disclosed he had been issued a restraining order, but failed to disclose that he had, in fact, been arrested for violating the restraining order (on May 18, 2006).

PROB 12C - Page 3
Babur Cumaoglu

8    The offender has violated the supervision condition which states   **'You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.'**

In a telephone conversation on July 11, 2006, the offender was questioned about the circumstances leading to his arrest on July 1, 2006. The offender stated only that he mailed his estranged wife a video tape of their wedding. He failed to disclose that he made harassing telephone calls to his estranged wife, and that entered her vehicle wherein he left a letter.

During an office visit on July 13, 2006, the offender was questioned once again about the circumstances of the latest arrest. The offender adamantly denied leaving the letter in his estranged wife's vehicle. He contends he mailed the letter with the video tape.

9    The offender has violated the supervision condition which states   **'You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.'**

In the last six months, the offender has not held gainful employment. During an office visit on May 31, 2006, the offender acknowledged he has made no attempt at securing employment in at least six months. On May 1, 2006, and May 22, 2006, the offender was referred to a One Stop Career Center for assistance with employment; however, the offender failed to visit the center as directed.

During an office visit on July 13, 2006, the offender subsequently disclosed that he went on a job interview approximately three weeks ago without success.

I declare under penalty of perjury that the foregoing is true and correct.

By: Denise Morales
    U.S. Probation Officer
    Date:  07/13/06

THE COURT ORDERS:

[X] Docket as Superseding Probation Form 12C, and replace Probation Form 12C filed on June 30, 2006.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

7/17/06

Date

My sweet Anne,

From the time you and I parted, my life has been so dark. I realized that you were the light & love of my life! You did to me what no girl has ever done, prior to meeting you. My little Anne is like a Mike Tyson, knocking me out with her true beauty and loving heart.

I have to say in all honesty Anne, from the time you met me, you knew I was no saint, but rather more on the side of being a sinner, seeing me with booze/drinks all over the bar, and having a crazy attitude, eying you with lust, as if you were a piece of sweet candy!

I told you about the night we met, I felt as though an angel led me to you, and I know meeting you was fate, as we were meant to be together. All my life, being a single guy, I sought after the perfect & sweetest girl, as if you (Anne Pegel) were a treasure hunt and I was the luckiest guy in the world to have founds you! Your such a PRIZE and I found you........ my little treasure box. That night that we met each other, my love for you was born, something I NEVER felt in my entire life! Since we've been apart, my heart is frozen and I am empty inside. I feel dead being without you Anne. Every day and night I suffer, being apart from you. Without you Anne, I feel as though my soul is missing. I never though I'd say the words I'm mentioning but I realize all too clearly, you (tiny little Anne) gave me the strength, as if I were the strongest man in the world!!!  I can never fully express to you, just how sorry I am, as I feel I fell from grace, and let you down. Anne, just like always I'm speaking from the heart. I realize that I will never have peace in my heart, unless you're in my life. It's that simple. Even though I have 20/20 vision, I was blind, not seeing and realizing my actions, being sooo wrong. At this point, All I can do is hold onto the memory of meeting you for the first time and the good times we shared. Witnessing our two boys being born, and you giving birth is the sweetest memory, which

DV

takes away (in my opinion) any negative incidents you and I experienced.  Anne I swear on our boys lives, I STILL BELIEVE IN ME & YOU. Being without you changed my world. I say this specifically because your love was everything to me!

Anne things do get damaged or broken but I honestly thought from my heart, me and you could manage and work things out, our problems.  Despite the fact that you had me locked up on two occasions, I want to thank you for backing off and not having me arrested again and again by the police. Anne, I've never done anything to you, to deserve being in jail. We both know this. Regardless of what you did to me, I can't erase my love & feelings for you. For the record, I'm NOT obsessed with you. That's a pathetic remark on your part. I genuinely love you, from my heart & soul!

When I look deep into your eyes, I see the girl, who is ssooo precious to me, as I've changed my world, knowing who cou... to me and anything else is simply garbage!!! If God has a master plan, I prey everyday that he will bring me and you back into each other's arms. I know 110%, that my love for you is genuine & nothing less than true. Anne, I pray to God that he will reunite us, as my single prayer and dream is to reunite my family. After all this time being apart from you, I still believe in us! Anne I can't say this to anyone but you, "you are the love of my life", regardless of whether I'm with you or apart. I just want to hold you in my arms tight and close to my chest, so you can feel my heart. There are so many private things I'd like to share and tell you, but I can't unless you decide to give me some time, to be with you, and speak to you. I sincerely love you Anne, now and always. You look more beautiful than ever! Deep inside I cry for you.

If I didn't love you, I would have forgotten you a long time ago, but I do care and love you/my family.  I MISS YOU SO MUCH!

Robert

Dear Anne!
I find myself
writing to you on my
42nd B-day. Why......
Simply because, if
I was able to have
one single wish
come true, it would
be to re-unite
my family, being
with you, John & Dave.

(ps) I know you'll [May?]
have this tape it in
[hiding?] me. With Bob.

because